# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01871-ZLW

DAVID JACKSON,

    Plaintiff,

v.

VERA JACKSON,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 2 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Certifiy [sic] September 20, 2007, Order Dismissing the Case as Final for the Purpose of Appeal Pursuant to Federal Rule of Civil Procedure Rule 54(b)" filed on September 28, 2007, is DENIED because the entire action was dismissed by the Court's order filed on September 20, 2007, and the Judgment was entered the same day.

Dated: October 2, 2007

Copies of this Minute Order were mailed on October 2, 2007, to the following:

David Jackson
PO Box 17163
Boulder, CO 80308

                                       Secretary/Deputy Clerk